BLOCK, Respondent, v. FRIDENBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Clara Block against Helen V. Fridenberg and another. M. Paskus, for appellants. E. J. Nathan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BLOODGOOD et al. v. LEWIS et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by William E. Bloodgood and others, as surviving executors, etc., against Thomas Lewis and others, impleaded with the Kings County Trust Company, as executor, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 621.

BLUEMNER v. GARVIN. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Oscar Bluemner against Michael J. Garvin. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 App. Div. 927, 128 N. Y. Supp. 1113.

BLUEMNER, Appellant, v. GARVIN, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Oscar Bluemner against Michael J. Garvin. J. Landy, for appellant. J. P. Everett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

In re BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the appointment of three commissioners to determine and report whether a rapid transit railway or railways, etc., ought to be constructed and operated; Brooklyn and Manhattan loop lines, Brooklyn sections. No opinion. Motion granted, so far as it seeks an extension of two years from the present time. Settle order before the Presiding Justice. See, also, 117 App. Div. 921, 105 N. Y. Supp. 1139; 130 App. Div. 884, 114 N. Y. Supp. 1120.

In re BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the appointment of three commissioners, etc.; Brooklyn and Manhattan loop lines, Brooklyn sections. No opinion. Motion denied, with $10 costs. See, also, 129 App. Div. 927, 113 N. Y. Supp. 1126.

BOHNHOFF, Respondent, v. FISCHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 131 N.Y.S.—70

1911.) Action by August Bohnhoff against Henry C. Fischer and another. No opinion. Motion to compel acceptance of notice of argument granted, without costs. See, also, 130 N. Y. Supp. 1105.

BOHNHOFF, Respondent, v. FISCHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by August Bohnhoff against Henry C. Fischer and another. No opinion. Motion denied, without costs. See, also, 130 N. Y. Supp. 1105.

BONART, Appellant, v. THORN, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Abraham H. Bonart against Max Thorn. A. Beekman, for appellant. H. L. Scheuerman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOULANGER et al., Respondents, v. TOWN & COUNTRY ESTATES, Inc., Appellant, et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Frank D. Boulanger and others, on behalf of themselves, etc., against the Town & Country Estates, Incorporated, and impleaded with others. G. M. Congdon, for appellant. E. J. Glennon, for respondents.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
LAUGHLIN, J., dissents.

BOVI, Appellant, v. HESS et al., Respondents. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Joseph Bovi against Max Hess and others. M. T. Manton, for appellant. E. C. Sherwood, for respondents.
PER CURIAM. Judgment affirmed, with costs, on prevailing opinion in Bovi v. Hess, 123 App. Div. 389, 107 N. Y. Supp. 1001. Order filed. See, also, 128 N. Y. Supp. 1114.
DOWLING, J., dissents.

In re BOYLE et al. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) In the matter of the judicial settlement of the account of Phœbe A. D. Boyle and another, executors, etc. No opinion. Motion denied, without costs. See, also, 136 App. Div. 367, 120 N. Y. Supp. 1048.

In re BOYLE et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) In the matter of the judicial settlement of the account of Phœbe A. D. Boyle and another, executors, etc., of John Boyle, deceased. No opinion. Motion granted, without costs. See, also, supra.

In re BRADSHAW. (Supreme Court, Appellate Division, Second Department. Novem-

ber 17, 1911.) In the matter of the application of George Bradshaw for admission to the bar. No opinion. Application granted.

---

BRATTON, Respondent, v. HENRY STEERS, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Thomas Bratton against Henry Steers, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

---

BRATTON, Respondent, v. HENRY STEERS, Inc., Appellant. (Supreme Court, Appellate Division, Second Department November 17, 1911.) Action by Thomas Bratton against Henry Steers, Incorporated. No opinion. Motion denied, without costs. See, also, supra.

---

BREWSTER & CO., Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Brewster & Co. against the Long Island Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

---

BRILL v. BRILL. MONTGOMERY v. COOKS. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Actions by Ray B. Brill against Abraham Brill, and by Caryl A. Montgomery against David B. Cooks. No opinion. Motions granted, unless appellants comply with terms stated in orders. Orders filed. See, also, 131 App. Div. 899, 115 N. Y. Supp. 1113.

---

BROKAW, Respondent, v. BROKAW, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Mary Blair Brokaw against William Gould Brokaw. No opinion. Judgment (66 Misc. Rep. 307, 123 N. Y. Supp. 17) affirmed, with costs.

---

BROOKS, Respondent, v. CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Sarah Brooks against the City of Rochester.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 140 App. Div. 941, 126 N. Y. Supp. 1123.

WILLIAMS, J., dissents, on the ground of contributory negligence.

---

BROWN, Respondent, v. SUPREME TRIBE OF BEN HUR, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Anna Brown against the Supreme Tribe of Ben Hur. No opinion. Judgment and order affirmed, with costs.

---

BRUCKENSTEIN v. INTERBORO RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Ignatz Bruckenstein against the Interboro Rapid Transit Company. No opinion. Application denied, with $10 costs. Order signed.

---

BEUGGER v. RUBINO et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Johannes A. Beugger against Henry A. Rubino, impleaded with others. E. Masten, for plaintiff. B. F. Feiner, for defendant Rubino. No opinion. Order affirmed, without costs. Order filed.

---

In re BRUFF et al. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) In the matter of the judicial settlement of the accounts of Charles A. Bruff and S. Wallace Hagaman, as administrators, etc., of Cornelia M. Bruff, deceased. No opinion. Motion granted, and appeal dismissed, without costs.

---

BUNT, Respondent, v. O'BRIEN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by James T. Bunt, as trustee, against Catherine O'Brien and another. L. O. Van Doran, for appellants. J. T. Bunt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BURNS, Appellant, v. STERN et al., Respondents. (Supreme Court Appellate Division, First Department. October 20, 1911.) Action by Patrick Burns against Joseph Stern and others. G. J. Farley, for appellant. E. C. Sherwood, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 128 N. Y. Supp. 1116.

---

BURNS BROS., Appellant, v. ROYAL BANK OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Burns Bros. against the Royal Bank of New York. A. Levene, for appellant. S. Packard, for respondent. No opinion. Determination (128 N. Y. Supp. 723) affirmed, with costs and disbursements, and judgment absolute rendered against the plaintiff upon its stipulation. Order filed. See, also, 129 N. Y. Supp. 1115.

---

BUTLER v. STANDARD MILK FLOUR CO. et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Marvin F. Butler against the Standard Milk Flour Company, impleaded with others No opinion. Motion denied, with $10 costs Order filed. See, also, 131 N. Y. Supp. 451.

---

BUTLER-BUTLER, Inc., Appellant, v. MARCOGLOU, Respondent. (Supreme Court, Ap